IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Videka, Todd A | Case Number: 05 B 64182 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 12/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 17, 2008
Confirmed: March 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,950.00 | |
| Secured: | | 9,168.33 |
| Unsecured: | | 3,066.82 |
| Priority: | | 0.00 |
| Administrative: | | 2,689.00 |
| Trustee Fee: | | 836.23 |
| Other Funds: | | 2,189.62 |
| Totals: | 17,950.00 | 17,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,689.00 | 2,689.00 |
| 2. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | United Mortgage & Loan Investment Corp | Secured | 500.00 | 500.00 |
| 5. | GMAC Mortgage Corporation | Secured | 8,668.33 | 8,668.33 |
| 6. | Resurgent Capital Services | Unsecured | 1,077.00 | 1,077.00 |
| 7. | Verizon Wireless | Unsecured | 50.95 | 50.95 |
| 8. | ECast Settlement Corp | Unsecured | 1,208.21 | 1,208.21 |
| 9. | Rx Acquisitions | Unsecured | 528.41 | 528.41 |
| 10. | Peoples Energy Corp | Unsecured | 202.25 | 202.25 |
| 11. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 12. | Nations Credit Financial Services | Secured | | No Claim Filed |
| 13. | Nations Credit Financial Services | Secured | | No Claim Filed |
| 14. | M3 Financial Services | Unsecured | | No Claim Filed |
| 15. | Harris & Harris | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 20. | Afall | Unsecured | | No Claim Filed |
| 21. | KCA Financial Services | Unsecured | | No Claim Filed |
| 22. | M3 Financial Services | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Videka, Todd A

Printed:  4/8/08

Case Number:  05 B 64182
Judge:  Wedoff, Eugene R
Filed:  12/27/05

$ 14,924.15      $ 14,924.15

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 143.00 |
| 5% | 94.64 |
| 4.8% | 78.95 |
| 5.4% | 519.64 |
|  | $ 836.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

